**Order entered November 20, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-19-01340-CR

### EX PARTE CARLOS MALDONADO

**On Appeal from the 204th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. WX19-00005-Q**

## ORDER

Before the Court is appellant's November 18, 2019 motion for extension of time to file

his brief.  We **GRANT** the motion.  Appellant's brief shall be due by **January 21, 2020**.

/s/     ROBERT D. BURNS, III
         CHIEF JUSTICE